PD-1478-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/13/2015 2:31:42 PM
Accepted 11/16/2015 2:46:49 PM
ABEL ACOSTA
CLERK

PD-_____

**IN THE**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**01-14-00536-CR**

**IN THE COURT OF APPEALS**
**FOR THE**
**FIRST DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

| | | |
|---|---|---|
| **DENNIS ROY REDDING** | § | **APPELLANT** |
| | § | |
| **VS.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

**APPEAL IN CAUSE NO. 12-CR-2363**
**IN THE 212TH JUDICIAL DISTRICT COURT**
**OF GALVESTON COUNTY**

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES, ,** Appellant in the above entitled and numbered cause, by and through his attorney of record, Stanley G. Schneider, and submits this Motion for Extension of Time to file his Petition for Discretionary Review until December 16, 2015.  For good cause, Appellant shows as follows:

FILED IN
COURT OF CRIMINAL APPEALS

November 16, 2015

ABEL ACOSTA, CLERK

1

1. The First Court of Appeals issued its opinion on October 15, 2015. Appellant did not file a Motion for Rehearing. Appellant's petition for discretionary review is due November 16, 2015. This is Appellant's first request for an extension of time to file Appellant's Petition for Discretionary Review.

2. Appellant's counsel is in trial in *State of Texas v. Robert Yetman*, Cause Number in the 176th District Court of Harris County, Texas. A jury was selected on October 29, 2015, and evidence began November 2, 2015, and the trial has not yet concluded.

3. Appellant's counsel participated in the following in the past thirty days: *State of Texas v. Eric Heilman*, Post Conviction Hearing after case was reversed and remanded back to the trial court on appeal. This post conviction hearing was assigned to Judge Kent Walston for the County Court at Law No. 2 of Jefferson County, Texas.

4. This Motion is not made for delay, but to see that justice is done. Appellant submits that the State of Texas will not be prejudiced by the granting of this continuance.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Motion for Extension of Time to file his Petition for Discretionary Review be extended to December 16, 2015.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/s Stanley G. Schneider
Stanley G. Schneider
T.B.C. No. 17790500
440 Louisiana
Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax: 713-224-6008
Email: stans3112@aol.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing Appellant's Motion for Extension of Time to File Appellant's Petition of Discretionary Review has been mailed, hand- delivered, or e-mailed on this 13th day of November, 2015, to the office of the Galveston County District Attorney's Office located at 600 59th Street, Galveston, Texas 77551 and the Office of the State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711.

/s/ Stanley G. Schneider
Stanley G. Schneider